UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:11-CR-129 |
| V. | ) | (VARLAN/SHIRLEY) |
| | ) | |
| CHARLES CHAD BOZEMAN, III | ) | |

MEMORANDUM AND ORDER

A revocation hearing was held in this case on September 12, 2012, on a Warrant and Petition for Action on Conditions of Pretrial Release signed by the undersigned on September 6, 2012. Cynthia Davidson, Assistant United States Attorney, was present representing the government and Attorney Wade Davies was present on behalf of the defendant, who was also present.

Defendant's Attorney, Wade Davies, proffered on behalf of the defendant, that the defendant had decided not to contest the charges in the Petition. The defendant acknowledged that he was not contesting the allegations and understood that such action meant his release would be revoked. The Court also determines that based on the facts and information in the Petition regarding the defendant's alleged drug use, that there is probable cause and believes that the defendant committed a Federal or state crime while on release, and clear and convincing evidence that defendant violated other conditions of release and that the defendant is a person who poses a danger to the public and that there are no conditions that would assure that the defendant would not pose a danger to the safety of others and it is unlikely that the defendant would abide by conditions of release. Therefore, it is ordered that the defendant be detained until the Change of Plea Hearing, currently set for September 19, 2012 at 3:00 p.m., before Thomas A. Varlan, United States District Judge. The defendant shall be held in custody by the United

States Marshal until that time and produced for the above scheduled hearing.

**IT IS SO ORDERED.**

       **ENTER: <u>C. Clifford Shirley, Jr.</u>**
          **United States Magistrate Judge**